UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


JOHN FLYNN,

        Plaintiff,                  Case No.  05-x-40170

v.                                      District Judge Paul V. Gadola
                                      Magistrate Judge R. Steven Whalen

ARCHITECTURAL SOUTHWEST
STONE, CO., LLC.,

        Defendant.
_____/

**ORDER**

      Before the Court is Defendant's Motion for Change of Venue and for Order Allowing Installment payments [Docket #6], and Objection to Writ of Garnishment [Docket #12], which have been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons stated on the record on December 13, 2005,

      IT IS HEREBY ORDERED that Defendant's Motion [Docket #6] is DENIED.

      IT IS FURTHER ORDERED that Defendant's Objection to Writ of Garnishment is DENIED.[1]

---

[1] The Objection to Writ of Garnishment [Docket #12] is not an objection in the sense that Defendant claims a statutory or other exemption, but rather reiterates the request in Motion for Order Allowing Installment Payments [Docket #6] that the Court exercise its discretion in allowing installment payments.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: December 14, 2005

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on December 14, 2005.

        S/Gina Wilson
        Judicial Assistant